THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Michael Devlin, State Bar No. 265365
michaeldevlin@bickellawfirm.com
750 B Street, Suite 1950
San Diego, California 92101
Telephone:   (619) 374-4100
Facsimile:    (619) 231-9040

JS-6

Attorneys for Plaintiff JOSE RAMIREZ, JR.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE RAMIREZ, JR., <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MOTORS, LLC, and DOE 1 through DOE 10 inclusive, <br><br> Defendants, | Case No. CV11-05272 JFW (Ex) <br><br> [Action Commenced: June 23, 2011] <br><br> ORDER DISMISSING THE ACTION |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation, it is hereby ORDERED that the instant action be DISMISSED WITH PREJUDICE.

Date: December 1, 2011    _____
                          Honorable John F. Walter